Bradley S. Wolf, WSBA #21252
Law Office of Bradley S. Wolf
600 First Avenue, Suite 600
Seattle, Washington 98104
Telephone: (206) 264-4577
Facsimile: (206) 838-1906

Hon. Thomas T. Glover
Chapter 11
Location: Seattle
Hearing Date: October 23, 2009
Hearing Time: 9:30 a.m.
Response Date: October 16, 2009

Special Counsel for the Debtors

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re:<br><br>ROOSEVELT HUBBARD and CAROLYN HUBBARD,<br><br>Debtors. | No: 08-10609<br><br>ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO COMPROMISE CONTROVERSY (BR 9019(a))<br><br>AND GRANTING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR; [11 USCA §§ 503(a), (b)(2), 726(a)(1); BANKRUPTCY RULE 2016(A); AND TO DISBURSE SETTLEMENT FUNDS |

This matter came on before the above entitled court on the motion of Debtors in Possession here, for leave to compromise a certain controversy with one Cirilo Salvatierra. After considering the argument of counsel, the court finds that a controversy exists with said

ORDER APPROVING COMPROMISE
AND GRANTING APPLICATION FOR ATTORNEY'S
FEES AND EXPENSES, AND TO DISBURSE - 1

Law Office of Bradley S. Wolf
600 First Avenue, Suite 600
Seattle, Washington 98104
Phone: (206) 264-4577
Fax: (206) 838-1906

Cirilo Salvatierra, and that there is good cause for compromising the controversy in the amount of $5,000 to be paid by Cirilo Salvatierra to the Debtor in Possession;

The court further finds that Bradley S. Wolf rendered services as attorney and counselor for the debtor under terms previously approved by the bankruptcy court, for the reasonable value of $2,500.00, and that said attorney is entitled to reimbursement of $880.74 in actual out of pocket costs;

Based on the above, it is hereby ORDERED that the above settlement is approved; that said Bradley S. Wolf may disburse from the above settlement proceeds the following sums:

| | |
|---|---|
| Gross Settlement Proceeds: | $5,000.00 |
| Minus attorney's fees | ($2,500.00) |
| Minus costs and expenses paid by attorney: | ($880.74) |
| Minus reimbursement of costs paid by Debtor | ($708.87) |
| Minus payment of subrogation | ($531.85) |
| Net proceeds to be paid to Debtors: | $378.54 |

DATED:_____

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

**Presented By:**

**LAW OFFICE OF BRADLEY S. WOLF**

By: _____
Bradley S. Wolf, WSBA #21252
Special Counsel for Debtors

ORDER APPROVING COMPROMISE
AND GRANTING APPLICATION FOR ATTORNEY'S
FEES AND EXPENSES, AND TO DISBURSE - 2

Law Office of Bradley S. Wolf
600 First Avenue, Suite 600
Seattle, Washington 98104
Phone: (206) 264-4577
Fax: (206) 838-1906